IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ZACHERY BOOKER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:09-CV-601-WKW |
| | ) |
| CAPITAL ONE BANK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Defendant Citifinancial Corporation, LLC, has filed a motion (Doc. # 19) to dismiss the complaint in this case for failure to state a claim upon which relief may be granted. *See* Fed. R. Civ. P. 12(b)(6). Plaintiff Zachary Booker has failed to file a response to the motion, despite this court's order (Doc. # 24), which directed him to do so by August 28, 2009.

Upon consideration, the court determines that Citifinancial's arguments in favor of dismissal of the federal claims brought under the Fair Debt Collection Practices Act and Fair Credit Reporting Act are meritorious, and those claims will be dismissed with prejudice. Having dismissed the federal claims, the court declines to exercise supplemental jurisdiction over the remaining state-law claims, and they will be dismissed without prejudice, pursuant to 28 U.S.C. § 1367(c)(3).

Accordingly, it is ORDERED that Citifinancial's motion to dismiss (Doc. # 19) is GRANTED. Counts 1 and 3 of the original complaint (Doc. # 1) are DISMISSED with prejudice, and Counts 2 and 4-8 are DISMISSED without prejudice.

DONE this 9th day of October, 2009.

                                        /s/  W. Keith Watkins  
                              UNITED STATES DISTRICT JUDGE