IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ZACHERY BOOKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:09-CV-601-WKW |
| | ) |
| CAPITAL ONE BANK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In light of the representations of the *pro se* Plaintiff in a February 3, 2010, telephone call to the court, it is ORDERED that this action is DISMISSED without prejudice. The Clerk of the Court is DIRECTED to close the case.

DONE this 4th day of February, 2010.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE